# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Case No.  09-cr-00393-DME

UNITED STATES OF AMERICA,

       Plaintiff,

v.

LUIS ARMANDO MONTES-JURADO,

       Defendant.

## ORDER SETTING CHANGE OF PLEA HEARING

A Notice of Disposition was filed in the above matter on October 20, 2009.

IT IS ORDERED THAT A Change of Plea hearing is set for **December 2, 2009, at 10:00 a.m.**  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Ebel's chambers AND to the Probation Department no later than noon on **Monday, November 30, 2009.**  If these documents are not timely submitted, the hearing will be vacated.  The original and one copy of these documents should be delivered to Judge Ebel's courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).  The Court disfavors plea agreements pursuant to F.R.Crim.P. 11(c)(1)(c) since the *Booker* and *FanFan* decisions, and they will only be accepted in certain circumstances.  In light of this Change of Plea hearing,

IT IS FURTHER ORDERED that the Final Trial Preparation Conference, scheduled for November 23, 2009, and the two-day jury trial in this matter, set to commence December 2, 2009, are VACATED.

DATED: October 20, 2009.

                                        BY THE COURT:

                                        *s/ David M. Ebel*
                                        _____
                                        David M. Ebel
                                        United States Circuit Judge